458 A.2d 276

Commonwealth v. Mahosky, Appellant.

618

 Submitted December 7, 1982. Peter T. Campana, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence is affirmed.